IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SEMCON TECH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> INTEL CORPORATION, <br><br> Defendant. | Case No.: 3:13-cv-00099-HU <br><br> [PROPOSED] ORDER OF DISMISSAL |

Plaintiff Semcon Tech, LLC ("Plaintiff") and Defendant and Counterclaim-Plaintiff Intel Corporation ("Intel") have announced to the Court that they have resolved their dispute and have requested that the Court dismiss this case on the terms set out below. The Court, having considered the Parties' request, is of the opinion that the request for dismissal should be granted.

IT IS THEREFORE ORDERED that:

1. Plaintiff's claims for relief against Intel are dismissed with prejudice;

2. Intel's counterclaims for declaratory judgment relief against Plaintiff are dismissed without prejudice as moot; and

3. all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated: June 24, 2013        /s/ Dennis J. Hubel

Dennis G. Hubel
United States Magistrate Judge

**PAGE 1 - [PROPOSED] ORDER OF DISMISSAL**